IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVAN TOLEDO  *<br>  *<br>   Plaintiff  *<br>  *<br>v.  *<br>  *<br>UNIVERSITY OF PUERTO RICO, et al *<br>  *<br>   Defendants  * | Civil No. 01-1980(SEC) |

**********************************

## JUDGMENT

Pursuant to the Stipulation of Dismissal filed by the parties **(Docket #203)** and FED. R. CIV. P 41(a)(1)(ii), the above captioned case is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of February, 2008.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge